COMMONWEALTH of Pennsylvania, Respondent

v.

**Robin LEACH, Petitioner**

**No. 50 EAL 2017**

Supreme Court of Pennsylvania.

July 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Jeremy IRIS–WILLIAMS, Petitioner**

**No. 34 EAL 2017**

Supreme Court of Pennsylvania.

July 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Tasai BETTS, Petitioner**

**No. 71 MAL 2017**

Supreme Court of Pennsylvania.

July 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.